

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00019-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1470860D) |
| V. | § | November 8, 2018 |
| | § | Opinion by Justice Pittman |
| RAUL CORTEZ, Appellee | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order setting aside the indictment is reversed, and this case is remanded to the trial court for further proceedings.

It is further ordered that Appellant The State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
     Justice Mark T. Pittman